UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICHARD SOMERVILLE,**<br><br>**Plaintiff,**<br><br>v.<br><br>**NCO FINANCIAL SYSTEMS, INC.,**<br><br>**Defendant.** | **CASE NO. 2:12-CV-00558-AB** |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Richard Somerville, and Defendant, NCO Financial Systems, Inc. ("NCO"), hereby jointly stipulate to the dismissal without prejudice of the within action against NCO, with each side to bear its own fees and costs; and further stipulate that the Statute of Limitations for plaintiff's claim shall be tolled from today's date until December 31, 2012.

Dated: October 1, 2012

| | |
|---|---|
| /s/ Craig T. Kimmel | /s/ Ross S. Enders |
| Craig T. Kimmel, Esq. | Ross S. Enders, Esq. |
| Kimmel & Silverman, P.C. | SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C. |
| 30 E. Butler Pike | 200 Route 31 North, Suite 203 |
| Ambler, PA  19002 | Flemington, NJ 08822 |
| Phone: (215) 540-8888 | Phone: (908) 751-5941 |
| Fax: (877)788-2864 | Fax: (908) 751-5944 |
| Email: kimmel@creditlaw.com | Email: renders@sessions-law.biz |
| Attorney for Plaintiff | Attorney for Defendant |
| Richard Somerville | NCO Financial Systems, Inc. |

## CERTIFICATE OF SERVICE

I certify that on this 1st day of October, 2012, a copy of the foregoing Joint Stipulation of Dismissal was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below. Parties may access this filing through the Court's system.

    Craig Thor Kimmel, Esq.
    KIMMEL & SILVERMAN PC
    30 E. Butler Pike
    Amber, PA 19002
    Phone: 215-540-8888
    Email: kimmel@creditlaw.com
    Attorney for Plaintiff
    Richard Somerville


                By:    /s/ Ross S. Enders
                       Ross S. Enders, Esq.
                       Attorney for Defendant
                       NCO Financial Systems, Inc.

## CERTIFICATE OF SERVICE

I certify that on this 17th day of September 2012, a copy of the foregoing Joint Stipulation of Dismissal was filed electronically in the ECF system. Notice of this filing will be sent to all parties, listed below, by operation of the Court's electronic filing system.

William Cafaro, Esq.
108 West 39th Street
Suite 602
New York, NY 10018

/s/Aaron R. Easley
Aaron R. Easley, Esq.
Attorney for Defendants
Sallie Mae, Inc. and First National
Bank in Sioux Falls